MOORE, Respondent, v. MONUMENTAL MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by John D. Moore against the Monumental Mutual Life Insurance Company. J. W. Welsh, for appellant. W. Blaikie, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the authority of Moore v. Monumental Ins. Co. (decided Dec. 5, 1902) 78 N. Y. Supp. 1009.

MOORE v. NAUGHTON. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by Charles J. Moore against Bernard Naughton. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

MORGAN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 13, 1903.) Action by George Morgan against the city of New York. No *opinion. Motion denied, with $10 costs.*

MUELLER BROS. ART & MFG. CO., Appellant, v. McDOWELL, Respondent. (Supreme Court, Appellate Division, Third Department. January 14, 1903.) Action by the Mueller Bros. Art & Manufacturing Company against Russell J. McDowell. No opinion. Judgment affirmed, with costs.

KELLOGG, J., not voting.

MULLER, Respondent, v. WERTHEIMER, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Henry F. Muller against Louis Wertheimer, impleaded with others, defendants. No opinion. Order affirmed, with $10 costs and disbursements.

MUMFORD, Respondent, v. MAXFIELD, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by Stephen C. Mumford against Dennison H. Maxfield, as administrator, etc. No opinion. Interlocutory judgment affirmed, with costs to respondent, with leave to defendant to withdraw his demurrer and answer herein, upon payment of the costs of the demurrer and of this appeal.

MURPHY, Respondent, v. INDIANA BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by Michael Murphy, as administrator, etc., against the Indiana Bridge Company. No opinion. Judgment and order affirmed, with costs.

MURRAY, Respondent, v. BUSSEL, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by James Murray, as trustee, against David Bussel, impleaded. E. Blumenstiel, for appellant. A. Dreyer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MUTUAL LOAN ASS'N v. LESSER et al. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by the Mutual Loan Association against Joseph S. Lesser and another. From an order allowing defendant Joseph S. Lesser to serve an amended answer, plaintiff appeals. Reversed. See 78 N. Y. Supp. 629. Franklin Pierce, for appellant. Herbert R. Limburger, for respondent.

LAUGHLIN, J. The only material difference between the facts in this case and in Mutual Loan Association v. Lesser (decided herewith), 80 N. Y. Supp. 1112, is that this is an action on a note for $1,000, payable in four months. The order should be reversed, on the opinion in that case, with $10 costs and disbursements, and motion denied, with $10 costs, but with leave to renew. All concur.

In re MUTUAL TRUST CO. OF WESTCHESTER COUNTY. (Supreme Court, Appellate Division, Second Department. February 11, 1903.) In the matter of the application of the Mutual Trust Company of Westchester County to be designated as a deposit bank for moneys paid into court. No opinion. Matter referred to Joseph W. Middlebrook, Esq.

NATKINS, Respondent, v. WETTERER, Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by I. Newton Natkins against Matilda Wetterer. L. P. Mingey, for appellant. J. M. Isaacs, for respondent. No opinion. Motion denied, with $10 costs.

NELSON, Appellant, v. PARTRIDGE, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. January 23, 1903.) In the matter of John W. Nelson against John N. Partridge, commissioner. H. Ringrose, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK BACTERIOLOGICAL INST., Appellant, v. NERESHEIMER, Respondent. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by the New York Bacteriological Institute against Emil A. Neresheimer. H. B. Wesselman, for appellant. H. F. Kingsley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) In the matter of the application of the New York Central & Hudson River Railroad Company to the board of railroad commissioners for the closing of certain grade crossings, etc. No opinion. Determination of railroad commissioners affirmed, with costs.